IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL WILLIAM BEARD,

    Petitioner,                    No. CIV S-09-3508 JAM KJM P

    vs.

M. MARTEL,

    Respondent.              ORDER

_____/

        Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

        Respondent has filed a motion to lodge portions of the state transcripts under seal. Petitioner should file his opposition or statement of non-opposition to this request within fourteen days of the date of this order.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's September 30, 2010 request for appointment of counsel (Docket No. 26) is denied without prejudice to a renewal of the motion at a later stage of the proceedings; and

2. Petitioner's opposition or statement of non-opposition to respondent's motion to seal is due within fourteen days of the date of this order.

DATED: October 7, 2010.

_____
U.S. MAGISTRATE JUDGE

2/md; bear3508.110