IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL WILLIAM BEARD,

    Petitioner,                    No. CIV S-09-3508 JAM KJM P

   vs.

M. MARTEL,

    Respondent.                 ORDER

_____/

        Respondent has filed a request to lodge certain portions of the state court record under seal because these records contain the names of a minor crime victim and minor witnesses, which are too numerous to redact. See Local Rules 140, 141. Petitioner does not oppose the motion.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Respondent's motion to lodge records under seal (doc. no. 25) is granted; and

/////

/////

/////

/////

1

1        2. The Clerk of the Court is directed to maintain the following lodged documents, which accompany this order, under seal: Lodged Item No. 1, which consists of the Clerk's Transcript on Appeal, three volumes, pages 1-776, and Lodged Item No. 2, which consists of the Reporter's Transcript on Appeal, four volumes, pages 1-1050.

DATED: November 10, 2010.

_____
U.S. MAGISTRATE JUDGE

2
bear3508.seal